UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH SINGLETON,**<br>*Plaintiff* | **CIVIL ACTION NO.: 2:16-CV-07822** |
| **VERSUS** | **JUDGE: FELDMAN** |
| **GOODWILL INDUSTRIES<br>OF SOUTHEASTERN LOUISIANA,<br>INC. and GOODWORKS, INC.**<br>*Defendants* | **MAG.: KNOWLES** |

## CORPORATE DISCLOSURE STATEMENT

NOW COME Defendants, Goodwill Industries of Southeastern Louisiana, Inc. and Goodworks, Inc., who, in accordance with Federal Rule of Civil Procedure 7.1, hereby represent that they have no parent corporations and that no publicly owned corporations own 10% or more of their stock.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ *Elizabeth A. Roussel*
**Elizabeth A. Roussel, #27943**
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
E-mail: liz.roussel@arlaw.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of August, 2016 served a copy of the foregoing Corporate Disclosure Statement on all counsel of record by filing of the same in this Court's CM/ECF System.

/s/ *Elizabeth A. Roussel*